JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/30/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ANIL G. PATEL, individually and as trustee of THE ANIL G. PATEL AND KIRAN A. PATEL LIVING TRUST OF 2017, KIRAN A. PATEL, individually and as trustee of THE ANIL G. PATEL AND KIRAN A. PATEL LIVING TRUST OF 2017, and DOES 1-10,<br><br>    Defendants. | Case No.: SACV 20-01123-CJC(DFMx)<br><br><br>**JUDGMENT** |

Plaintiff Luis Marquez brings this action against Defendants Anil G. Patel and Kiran A. Patel, individually and as trustees of The Anil G. Patel and Kiran A. Patel Living Trust of 2017. On November 30, 2020, the Court granted Defendants' motion for summary judgment. In accordance with the Court's Order, **IT IS HEREBY ORDERED**

that judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing on his complaint against Defendants.

DATED: November 30, 2020

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE